IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-820-AP

JOHN L. HINZE,
    Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security,
    Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1.**     **APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

    **For Plaintiff**:

    Terry S. Fjeld, Esq.
    P.O. Box 17564
    Colorado Springs, CO 80935
    (719) 520-5385
    (719) 473-0042 (facsimile)

    **For Defendant:**

    WILLIAM J. LEONE
    United States Attorney
    KURT J. BOHN
    Assistant United States Attorney
    1225 Seventeenth Street, Suite 700
    Denver, Colorado 80202
    (303) 454-0100
    (303) 454-0404 (facsimile)

By:    Debra J. Meachum
    Special Assistant United States Attorney
    Social Security Administration
    1961 Stout Street, Suite 1001A
    Denver, Colorado 80294
    (303) 844-1570
    (303) 844-0770 (facsimile)

<u>Hinze v. Barnhart</u>, No. 05-cv-820-AP

**2.  STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.  DATES OF FILING OF RELEVANT PLEADINGS**

    A.    Date Complaint Was Filed:  <u>May 4, 2005.</u>
    B.    Date Complaint Was Served on U.S. Attorney's Office:  <u>May 4, 2005.</u>
    C.    Date Answer and Administrative Record Were Filed:  <u>July 1, 2005.</u>

**4.  STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

<u>The partes, to the best of their knowledge, state that the administrative record is complete and accurate.</u>

**5.  STATEMENT REGARDING ADDITIONAL EVIDENCE**

<u>Neither party intends to submit additional evidence.</u>

**6.  STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

<u>The parties, to the best of their knowledge, do not believe the case raises unusual claims or defenses.</u>

**7.  OTHER MATTERS**

<u>The parties have no other matters to bring to the attention of the court.</u>

**8.  PROPOSED BRIEFING SCHEDULE**

    A.    Plaintiff's Opening Brief Due:     <u>OCTOBER 3, 2005.</u>
    B.    Defendant's Response Brief Due:    <u>NOVEMBER 2, 2005.</u>
    C.    Plaintiff's Reply Brief (If Any) Due: <u>NOVEMBER 17, 2005.</u>

**9.  STATEMENTS REGARDING ORAL ARGUMENT**

    A.    Plaintiff's Statement:
    <u>Plaintiff does not request oral argument.</u>
    B.    Defendant's Statement:
    <u>Defendant does not request oral argument.</u>

Hinze v. Barnhart, No. 05-cv-820-AP

**10.    CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

*Indicate below the parties' consent choice.*

A.    ( X ) **All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

B.    (  ) **All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.    OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.    AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

**The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.**

    **DATED this 29th day of August, 2005.**

BY THE COURT:

S/John L. Kane
U.S. DISTRICT COURT JUDGE

<u>Hinze v. Barnhart</u>, No. 05-cv-820-AP

**APPROVED:**

| **For Plaintiff:** | **For Defendant:** |
|---|---|
| **s/Terry S. Fjeld  8/26/05** | WILLIAM J. LEONE |
| Terry S. Fjeld, Esq. | United States Attorney |
| P.O. Box 17564 | |
| Colorado Springs, CO 80935 | **s/Kurt J. Bohn 8/26/05** |
| (719) 520-5385 | KURT J. BOHN |
| (719) 473-0042 (facsimile) | Assistant United States Attorney |
| tsfjeld@aol.com | 1225 Seventeenth Street, Suite 700 |
| | Denver, Colorado 80202 |
| | (303) 454-0100 |
| | (303) 454-0404 (facsimile) |
| | kurt.bohn@usdoj.gov |

By:  **s/Debra J. Meachum   8/26/05**
Debra J. Meachum
Special Assistant United States Attorney
Social Security Administration
1961 Stout Street, Suite 1001A
Denver, Colorado  80294
(303) 844-1570
(303) 844-0770 (facsimile)
debra.meachum@ssa.gov
d_meachum@ssa.gov