IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **05-cv-820-AP**

**JOHN L. HINZE,**

        Plaintiff,

v.

**JO ANNE B. BARNHART, Commissioner of Social Security,**

        Defendant.

---

### MINUTE ORDER

---

Judge John L. Kane **ORDERS**

The Motion for Amendment to Proposed Briefing Schedule (doc. #13), filed October 3, 2005, is **GRANTED.** Plaintiff's opening brief is due October 21, 2005; response is due November 21, 2005; reply (if any) is due December 6, 2005.

---

Dated: October 14, 2005