IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **05-cv-820-AP**

**JOHN L. HINZE,**

       Plaintiff,

v.

**JO ANNE B. BARNHART, Commissioner of Social Security,**

       Defendant.

## ORDER

Kane, J.

This matter is before the Court on Defendant's Unopposed Motion for Remand (doc. #20), filed January 10, 2006.  This Court has reviewed the file and considered the motion. It is hereby

**ORDERED** that the motion is **GRANTED**.  This civil action is remanded to Defendant for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

Dated:  January 19, 2006

                                      BY THE COURT:

                                      S/**John L. Kane**
                                      SENIOR JUDGE,
                                      UNITED STATES DISTRICT COURT